UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WILLIAM HENDERSON,

        Plaintiff,

-v-

JOHN LEMPKE, DR. GRECO,
Nurse Practitioner STEEPROCK,
Nurse Practitioner WHITROCK,
Physical Therapist AMY NOLON
and DR. GERALD CONIGLIO,

        Defendants.

**DECISION and ORDER**
12-CV-6382P

---

Plaintiff, acting *pro se*, filed this action alleging denial of adequate medical care immediately before reaching his maximum expiration date and being released from State custody. Before the Court's Order dated August 12, 2012 granting plaintiff leave to amend his complaint to indicate whether he seeks to sue defendants in their individual capacity was issued, mail sent to plaintiff was returned as undeliverable. Plaintiff has now failed to amend his complaint by the date directed and has not requested an extension of time to amend the complaint. This action is hereby dismissed without prejudice.

SO ORDERED.

Dated:    12/28, 2012
        Buffalo, New York

                                    WILLIAM M. SKRETNY
                                    Chief Judge
                                United States District Court